No. 97–208. NATIONAL ACADEMY OF SCIENCES v. ANIMAL LEGAL DEFENSE FUND ET AL. C. A. D. C. Cir. Certiorari denied.

No. 97–235. LEECH LAKE BAND OF CHIPPEWA INDIANS v. CASS COUNTY ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–265. GJERDE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–317. GUTIERREZ, GOVERNOR OF GUAM, ET AL. v. GUAM SOCIETY OF OBSTETRICIANS AND GYNECOLOGISTS ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–322. ALEXANDER v. WHITMAN, GOVERNOR OF NEW JERSEY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–334. MILDEN ET UX. v. JOSEPH, TRUSTEE. C. A. 9th Cir. Certiorari denied.

No. 97–341. OLDFATHER ET AL. v. CIGNA INSURANCE CO., FKA INA UNDERWRITERS INSURANCE CO. C. A. 9th Cir. Certiorari denied.

No. 97–344. WILSON v. WASHINGTON ET AL. Ct. App. Wash. Certiorari denied.

No. 97–347. KAUCKY v. SOUTHWEST AIRLINES CO. C. A. 7th Cir. Certiorari denied.

No. 97–349. SILVER v. LINCOLN NATIONAL LIFE INSURANCE CO., AS ASSIGNEE OF THE SANTA FE PRIVATE EQUITY FUND II, L. P. C. A. 7th Cir. Certiorari denied.

No. 97–350. TAIWO OKUSAMI v. PSYCHIATRIC INSTITUTE OF WASHINGTON, INC., ET AL. C. A. D. C. Cir. Certiorari denied.

No. 97–356. NICHOLSON ET AL. v. WORLD BUSINESS NETWORK, INC., ET AL. C. A. 11th Cir. Certiorari denied.